PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

_____Delaware_____

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
_(Probation Form 49, Waiver of Hearing is Attached)_

Name of Offender:  Brenda Thongvong                                    Case Number:

04CR-50-001
04CR-119-002
04CR-123-001

Name of Sentencing Judicial Officer:  Gregory M. Sleet

Date of Original Sentence:  4/13/2005

Original Offense:  Interference with commerce by robbery, Counts 1-19 in 04CR-50-001.

Possession of a semi-automatic weapon, Count 21 in 04CR-50-001.

Interference with commerce by robbery, Counts 1-2 in 04CR-119-002.
Possession of heroin, Count 3 in 04CR-119-002.
Interference with commerce by robbery, Counts 1-4 in04CR-123-001.

Original Sentence:  Prison 207 months, TSR 60 months

Type of Supervision:  TSR                          Date Supervision Commenced:  11/1/2018

### PETITIONING THE COURT

| | To extend the term of supervision for _____ years, for a total term of _____ years.
|X| To modify the conditions of supervision as follows:

The defendant voluntarily agrees to reside at Community Solutions Incorporated, as a public law placement for an
additional 60 days, commencing 11/1/2018, or until a residence is approved by his probation officer.

_her_

Prob 12B
   (7/93)

CAUSE

Ms. Thongvong's halfway house placement commenced at Community Solutions Incorporated on May 8, 2018, and is scheduled to expire on November 1, 2018.   At this time, Ms. Thongvong has been unable to secure a suitable residence in the community, so we are respectfully asking that her placement at Community Solutions Incorporated be extended for an additional 60 days, or until a suitable residence is secured.   Subsistence in this case shall be waived.

Respectfully submitted,

by

U.S. Probation Officer
Date:                10/29/2018

THE COURT ORDERS:
    |    No action.

    |    The extension of supervision as noted above.

    | ✓ The modification of conditions as noted above.

    |    Other

Signature of Judicial Officer

Date

10/29/18

PROB 49
(3/89)

# United States District Court

District of Delaware

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Effective November 1, 2018, the defendant voluntarily agrees to extend her placement for 60 days at Community Solutions Inc., or until a suitable residence is secured. Subsistence in this case shall be waived.

Witness: _____          Signed: _Brenda Shomgrong_____

*(U.S. Probation Officer)*                                      *(Probationer or Supervised Releasee)*

_10/24/18_

*(Date)*